No. 96. TAGGARTS PAPER COMPANY *v.* STATE OF NEW YORK. Error to the Court of Claims of the State of New York. Argued April 26, 27, 1923. Decided May 7, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *New York Central R. R. Co.* v. *New York,* 186 U. S. 269, 273; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 331; *Thomas* v. *Iowa,* 209 U. S. 258, 263. *Mr. Adelbert Moot* and *Mrs. Helen Z. M. Rodgers,* with whom *Mr. William L. Marcy* was on the briefs, for plaintiff in error. *Mr. Irving I. Goldsmith,* with whom *Mr. Carl Sherman* and *Mr. Claude T. Dawes* were on the brief, for defendant in error.

———

No. 556. WILLIAM C. OLANDER *v.* T. P. HOLLOWELL. Error to the Supreme Court of the State of Iowa. Motion to dismiss or affirm submitted May 7, 1923. Decided May 21, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 232; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Robert Healy* for plaintiff in error. *Mr. Maxwell A. O'Brien, Mr. B. J. Flick* and *Mr. Ben J. Gibson* for defendant in error.

———

No. 409. UNION STOCK YARDS COMPANY OF OMAHA, LTD. *v.* MAYHALL & NEIBLE, A COPARTNERSHIP, ET AL., ETC. Error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted May 7, 1923. Decided May 21, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,*